IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FUEL PERFORMANCE SOLUTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOXBARRY PETROLEUM ) <br> COMPANY, LLC ) <br> ) <br> and ) <br> ) <br> FEATHERHILL TRANSPORTATION ) <br> COMPANY, INC. ) | Case No.: 4:15-cv-01214-RLW |

## ENTRY OF APPEARANCE FOR DEFENDANT
## FOXBARRY PETROLEUM COMPANY, LLC.

COMES NOW Louis J. Wade and enters his appearance as attorney of record for Plaintiff Foxbarry Petroleum Company, LLC. Counsel requests notice of all further events in this matter.

*McDowell, Rice, Smith & Buchanan P.C.*

By: /s/ Louis J. Wade
Louis J. Wade    MO Bar #29034
The Skelly Building, Suite 350
605 W 47th Street
Kansas City, MO 64112-1905
(816) 960-7323 Fax (816) 753-9996
E-mail: lwade@mcdowellrice.com
ATTORNEY FOR FOXBARRY
PETROLEUM COMPANY, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2016, a copy of the foregoing was filed using the Court's CM/ECF system, which sends electronic notification of filings to the following attorneys of record:

EVANS & DIXON, LLC
Benjamin M. Fletcher Bar No.: 58309
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
(314) 552-4059
(314) 884-4459
bfletcher@evans-dixon.com

ATTORNEYS FOR PLAINTIFF

                                              /s/ Louis J. Wade
                                      ATTORNEY FOR FOR FOXBARRY
                                      PETROLEUM COMPANY, LLC

101169988\V-1